■■■ ERNESTINE LIDDELL, Appellant, et al., Claimant, v STATE OF NEW YORK, Respondent. (Claim No. 94554.) [718 NYS2d 923] —Order unanimously affirmed without costs for reasons stated in decision at Court of Claims, Corbett, Jr., J. (Appeal from Order of Court of Claims, Corbett, Jr., J.—Dismiss Claim.) Present—Green, J. P., Pine, Hayes and Scudder, JJ.